K.O. v YMCA Buffalo Niagara (2024 NY Slip Op 01485)

K.O. v YMCA Buffalo Niagara

2024 NY Slip Op 01485

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024

PRESENT: WHALEN, P.J., MONTOUR, OGDEN, AND NOWAK, JJ. (Filed Mar. 15, 2024.) 

MOTION NO. (809/23) CA 22-01580.

[*1]K.O., PLAINTIFF-APPELLANT, 
v
YMCA BUFFALO NIAGARA, DEFENDANT-RESPONDENT, ET AL., DEFENDANT.

MEMORANDUM AND ORDER
Motion for reargument denied.